# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Darin Brown, | Civil Action No. 18-CV-2284 (DWF/HB) |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Soo Line Railroad Company d/b/a Canadian Pacific, | |
| Defendant. | |

Plaintiff and Defendant, by and through the attorneys of record, hereby stipulate to dismiss the above matter with prejudice in its entirety. Said matter is hereby **DISMISSED WITH PREJUDICE**. Said dismissal is without costs, disbursements or fees to any party.

Dated: March 13, 2019

/s/ Nicholas D. Thompson
Nicholas D. Thompson (MN #0389609)
The Moody Law Firm
500 Crawford Street
Portsmouth, VA 23704
Telephone: 757-393-4093
nthompson@moodyrrlaw.com

**ATTORNEYS FOR PLAINTIFF**

Dated: March 13, 2019

Daniel Oberdorfer (#0233791)
Nicole L. Faulkner (#0397456)
STINSON LEONARD STREET LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612-335-1500
dan.oberdorfer@stinson.com
nicole.faulkner@stinson.com

Matthew C. Murphy (#0391948)
Amanda M. Cialkowski (#0306514)
NILAN JOHNSON LEWIS PA
120 South Sixth Street, Suite 400
Minneapolis, MN 55402
Telephone: 612.305.7500
mmurphy@nilanjohnson.com
acialkowski@nilanjohnson.com

**ATTORNEYS FOR DEFENDANT**