**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Darin Brown,<br><br>        Plaintiff,<br><br>v.<br><br>Soo Line Railroad Company d/b/a<br>Canadian Pacific,<br><br>        Defendant. | Civil Action No. 18-CV-2284 (DWF/HB)<br><br>**[PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

Based upon the Stipulation for Dismissal with Prejudice of the parties filed with the Court [Docket No. 29], **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements and attorney's fees.

Dated: _____, 2019         _____
                                                                                    The Honorable Hildy Bowbeer
                                                                                     United States Magistrate Judge