# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Darin Brown,

        Plaintiff,

v.

Soo Line Railroad Company,
d/b/a Canadian Pacific,

        Defendant.

Civil No. 18-cv-2284 (DWF/HB)

**ORDER STRIKING SETTLEMENT CONFERENCE**

Pursuant to Stipulation of Dismissal with Prejudice (ECF No. 29), entered into by the parties,

**IT IS HEREBY ORDERED THAT** the settlement conference scheduled before the undersigned for **April 18, 2019** has been **CANCELLED**.

Dated: March 13, 2019      s/ *Hildy Bowbeer*
                                          HILDY BOWBEER
                                          United States Magistrate Judge