UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Darin Brown, | File No. 18-cv-02284 (ECT/HB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Soo Line Railroad Co., d/b/a Canadian Pacific, | |
| Defendant. | |

_____

Pursuant to the Stipulation of Dismissal with Prejudice [ECF No. 29], entered into by Plaintiff and Defendant,

**IT IS HEREBY ORDERED** that the above-captioned action is hereby DISMISSED with prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.


Dated:  March 18, 2019               s/ Eric C. Tostrud
                                     Eric C. Tostrud
                                     United States District Court